## CTB VENTURES 55, INC. *v.* CHARLES RUBENSTEIN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 684 (AC 14193), is denied.

*Peter B. Rustin*, in support of the petition.

*Thomas A. Kaelin*, in opposition.

Decided January 9, 1996

---

## STATE OF CONNECTICUT *v.* ROGER D. ELLS

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 702 (AC 13284), is denied.

*Donald Dakers*, special public defender, in support of the petition.

*Denise B. Smoker*, deputy assistant state's attorney, in opposition.

Decided January 9, 1996